# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br>Sean T. McGee,<br>　　　Debtor.<br><br>The Bank of New York Mellon, f/k/a The Bank of New York As Trustee For Registered Holders Of CWABS, Inc., Asset-Backed Certificates, Series 2005-13,<br>　　　Movant.<br>v.<br>Sean T. McGee, and<br>Kenneth E. West, Trustee.<br>　　　Respondents. | Bankruptcy No. 19-10886-elf<br><br>Chapter 13<br><br>Related Doc.: 36 |

## **O R D E R**

AND NOW, this        day of           , 2022, upon consideration of **The Bank of New York Mellon, f/k/a The Bank of New York As Trustee For Registered Holders Of CWABS, Inc., Asset-Backed Certificates, Series 2005-13's** Creditor's Certification of Default, it is hereby

**ORDERED**, that the automatic stay, Section 362 of the Bankruptcy Code, is **MODIFIED** with respect to **The Bank of New York Mellon, f/k/a The Bank of New York As Trustee For Registered Holders Of CWABS, Inc., Asset-Backed Certificates, Series 2005-13** as set forth below.

**The Bank of New York Mellon, f/k/a The Bank of New York As Trustee For Registered Holders Of CWABS, Inc., Asset-Backed Certificates, Series 2005-13,** its successors and/or assignees may proceed with appropriate state court remedies against the property located at 1009 concord Ave Drexel Hill, Pennsylvania 19026, including without limitation a sheriff's sale of the property.

Further **The Bank of New York Mellon, f/k/a The Bank of New York As Trustee For Registered Holders Of CWABS, Inc., Asset-Backed Certificates, Series 2005-13's** request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

Date:  4/19/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**